71,904-02

AUGUST 12, 2015

COURT OF CRIMINAL
APPEALS OF TEXAS

P.O. BOX 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

ON AUGUST 11, 2015 I RECEIVED A DISMISSAL FOR A WRIT  Tr. Ct. NO.
CR17102B / WR-71,904-02. THE DATE THE DISMISSAL WAS 7/29/15 YOU
GAVE THE FOLLING REASON THAT THE DIMISSAL WAS IN REFERENCE TO 11.07
SEC. 4(a)-(c).

WHEN I FILED MY WRIT OF HABEAS CORPUS I REQUEST A EVIDENCERY HEARING
TO SHOW ALL DOCUMENTS TO SUPPORT MY CLAIMS THAT I HAVE FILED IN THE
35SDISTRICT COURT IN BROWNWOOD ,TEXAS.

ON 9/19/06 I STARTED REQUESTING ALL OF MY ATTORNIES FILE IN REFERENC
TO CAUSE # CR-17102.I NEVER RECEIVE A RESPONCE FROM MR. NATHAN BUTLER
OR HIS OFFICE TILL OCTOBER OF 2012 AFTER THE FACT I FILED MY ORIGINAL
HABEAS CORPUS THAT AWS FILED IN MARCH OF 2009. I HAVE SEVERAL COPIES
OF LETTERS WHERE I TRIED TO GET MY ATTORNYS FILE BUT FOR SOME REASON
NATHAN BUTLER WOULD NOT RESPOND TO MY REQUEST OR LETTER TILL OCTOBER
OF 2012 SO MY WRIT OF HABEAS CORPUS THAT WAS FILED ON MAY 11,2015
WAS ALL NEW EVIDENCE AS OF OCTOBER OF 2012. I WOULD LIKE TO PRAY THAT
YOU AND YOUR OFFICE WOULD RECONSIDER YOUR OPION IN WR-71,904-02 DATED
7/29/15. I BELIEVE I HAVE (4) FOUR COPIES OF LETTERS I WROTE MR. NATHAN
BUTLER THEN ON OCTOBER 26,2012 I RECEIVE MR. BUTLERS FILE. I HAVE A
LETTER HEADING WHEN MR. BUTLER SENT ALL RECORDS TO ME HEAR IN TDCJ
AT THE ALLRED UNIT. I WOULD LIKE TO TANK YOU FOR YOUR TIME IN THIS
MATTER.

BILLY SLIGER
TDCJ # 1397331
ALLRED UNIT